NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JERRY LEON PRIDE,                           )
                                            )
            Appellant,                      )
                                            )
v.                                          )      Case No. 2D17-4770
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed May 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

PER CURIAM.

            Affirmed.

LaROSE, C.J., and LUCAS and SALARIO, JJ., Concur.